FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WESEX CORPORATION,<br>   Plaintiff,<br> v.<br><br>MARKS CONSTRUCTION, INC.,<br><br>   Defendant,<br><br> v.<br><br>CCL LABEL, INC. d/b/a CCL DESIGN,<br><br>   Third-Party Defendant. | CASE NO.: 1:15-cv-01306<br><br>Judge Dan Aaron Polster<br>Magistrate Judge Kenneth S. McHargh |

## STIPULATION AND DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED by the parties, through their respective counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(C) of the Federal Rules of Civil Procedure, the above captioned action, including all claims, counterclaims, and third-party claims, is hereby dismissed with prejudice as to all parties, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| */s/ Barbara Aquilla Butler*<br>Barbara Aquilla Butler<br>Barbara Aquilla Butler & Associates, LPA<br>7064 Avon Belden Road<br>North Ridgeville, OH 44039<br>Telephone: 440.387.5125<br>Facsimile: 440.353.0216<br>Email: babutler@babutlerlaw.com<br><br>*Attorneys for Marks Construction, Inc.* | */s/ Courtenay Y. Jalics*<br>Patricia L. Seifert (0042282)<br>Courtenay Y. Jalics (0077507)<br>Tucker Ellis LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>Telephone: 216.592.5000<br>Telefax: 216.592.5009<br>E-mail: patricia.seifert@tuckerellis.com<br>    courtenay.jalics@tuckerellis.com<br><br>*Attorneys for Wesex Corporation and CCL Label, Inc. dba CCL Design* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2016 a copy of the foregoing *STIPULATION FOR DISMISSAL* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/ Courtenay Y. Jalics*
    Patricia L. Seifert (0042282)
    Courtenay Y. Jalics (0077507)
    Tucker Ellis LLP
    950 Main Avenue, Suite 1100
    Cleveland, OH 44113-7213
    Telephone: 216.592.5000
    Telefax: 216.592.5009
    E-mail: patricia.seifert@tuckerellis.com
    courtenay.jalics@tuckerellis.com

*Attorneys for Wesex Corporation and CCL Label, Inc. dba CCL Design*

2691581.1